Clifford **LEWIS** v. **STATE.**
8 Div. 211.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Appeal dismissed.

165 So. 919

Clifford **LEWIS** v. **STATE.**
8 Div. 212.

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 910

Robert **LEWIS** v. **STATE.**
7 Div. 245.

Court of Appeals of Alabama.
Oct. 6, 1936.

Charles Thomason and Rutherford Lapsley, both of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 920

Virginia **LEWIS** v. **STATE.**
5 Div. 982.

Court of Appeals of Alabama.
Nov. 26, 1935.

RICE, Judge.
Appeal dismissed.

170 So. 921

Bernard **LINDSEY** v. **STATE.**
4 Div. 280.

Court of Appeals of Alabama.
Nov. 10, 1936.

SAMFORD, Judge.
Appeal dismissed.

164 So. 920

C. L., alias Dick, **LINDSEY** v. **STATE.**
4 Div. 179.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Affirmed.

164 So. 921

C. L., alias Dick, **LINDSEY** v. **STATE.**
4 Div. 180.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.